UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

Angela Loucks,
    Plaintiff,

v.

CASE NO.: **1:20-cv-1294**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Synchrony Bank.
    Defendants.
_____/

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Angela Loucks and the Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate and agree that the Plaintiff's action against Experian should be dismissed with prejudice and without costs to either party.

Dated: March 15, 2021

| For Plaintiff Angela Loucks | For Defendant Experian Information Solutions, Inc. |
|---|---|
| Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | L. Jackson Young, Jr.<br>Moore Young Foster & Hazelton, LLP<br>1122 Edenton Street<br>Birmingham, AL 35242<br>Ph: (205) 380-6984<br>jyoung@my-defense.com |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

Angela Loucks,
    Plaintiff,

v.                                                          CASE NO.: **1:20-cv-1294**

Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
TransUnion, LLC,
Synchrony Bank.
    Defendants.
_____/

    Plaintiff and Defendant Experian Information Solutions, Inc. have stipulated to the dismissal of Plaintiff's claims against Defendant with prejudice.

    The Clerk of the Court is directed to remove Defendant Experian Information Solutions, Inc. from the caption of this case. The Clerk of the Court is further directed to terminate the motion pending at Dkt. No. 21.

Dated: March ___, 2021

                                                              ANNEMARIE CARNEY AXON
                                                              United States District Judge